UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-20599-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NEDSON JEANOVIL,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Amend[ed] Motion to Suppress (DE# 42, 10/18/12) filed by defendant Nedson Jeanovil. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Amend[ed] Motion to Suppress (DE# 42, 10/18/12) is **STRICKEN**. Mr. Jeanovil is represented by attorney Miguel Caridad in the instant case. Parties represented by counsel may not file their own pro se motions. See S.D. Fla. L.R. 11.1(d)(4) (stating that "[w]henever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court . . . .").

DONE AND ORDERED in Chambers, at Miami, Florida this **19th** day of October, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record