UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-20599-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NEDSON JEANOVIL,

    Defendant.
_____/

### ORDER

THIS MATTER is before the Court on the Corrected Motion to Suppress (DE# 45, 10/23/12) filed by defendant Nedson Jeanovil. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Corrected Motion to Suppress (DE# 45, 10/23/12) is **STRICKEN without prejudice**. Local Rule 88.9(a) states, in part, that:

> at the time of filing motions in criminal cases, counsel for the moving party shall file with the Clerk of the Court a statement certifying either: (1) that counsel have conferred in a good faith effort to resolve the issues raised in the motion and have been unable to do so; or (2) that counsel for the moving party has made reasonable effort (which shall be identified with specificity in the statement) to confer with the opposing party but has been unable to do so.

S.D. Fla. L.R. 88.9(a). The instant motion fails to comply with this rule. Accordingly, the defendant may re-file the instant motion after he has conferred with the government.

DONE AND ORDERED, in Chambers, at Miami, Florida this **23rd** day of October, 2012.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record